IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00127-AP

ROGER L. DEINES,

               Plaintiff,

     v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

               Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

## 1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

<u>For Plaintiff</u>:
VIRGINIA L. CARD SMITH
1763 Franklin Street
Denver, CO 80218-1124
Telephone: (303) 394-9945
Vsmith3470@aol.com

<u>For Defendant</u>:
JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney
United States Attorney's Office
District of Colorado

THOMAS H. KRAUS
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0017
tom.kraus@ssa.gov

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

      **A.**     **Date Complaint Was Filed:**  1/18/2011

      **B.**     **Date Complaint  Was Served on U.S. Attorney's Office:**   3/3/2011

      **C.**     **Date Answer and Administrative Record Were Filed:**  5/24/2011

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

There are no issues with the accuracy or completeness of the administrative record.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

None anticipated.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case does not involve unusually complicated or out-of-the-ordinary claims.

## 7.  OTHER MATTERS

None.

## 8.  BRIEFING SCHEDULE

      **A.**     **Plaintiff's Opening Brief Due:**  8/10/11

      **B.**     **Defendant's  Response Brief Due:**  8/26/11

      **C.**     **Plaintiff's  Reply Brief (If Any) Due:**  9/12/11

## 9.  STATEMENTS REGARDING ORAL ARGUMENT

      **A.**     **Plaintiff's Statement:**  Oral Argument is requested.

      **B.**     **Defendant's Statement:** Oral Argument is not requested.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.      ( )  **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.      ( X )  **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this <u>10th</u> day of <u>June</u>, 2011.

BY THE COURT:

 <u>s/John L. Kane</u>
U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Virginia L. Card Smith
VIRGINIA L. CARD SMITH
1763 Franklin Street
Denver, CO 80218-1124
Telephone: (303) 394-9945
Vsmith3470@aol.com

Attorney for Plaintiff

UNITED STATES ATTORNEY

JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney
United States Attorney's Office
District of Colorado

s/ Thomas H. Kraus
By: THOMAS H. KRAUS
Special Assistant U.S. Attorney
Social Security Administration
1961 Stout St., Suite 1001A
Denver, Colorado  80294
(303) 844-0017
tom.kraus@ssa.gov

Attorneys for Defendant