IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00127-WYD

ROGER A. DEINES,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Amendment to Original Application for an Award of Attorney's Fee Under the Equal Access to Justice Act 28 U.S.C. §2412 (ECF No. 34 filed June 20, 2012), is **GRANTED**.  The Original Application is amended per the Plaintiff's motion.  Defendant shall file a response to the amendment by **Friday, July 6, 2012.**

    Dated:  June 25, 2012.