IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  11-cv-00127-WYD

ROGER A. DEINES,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**ORDER**

---

THIS MATTER is before the Court on "Plaintiff Counsel's Unopposed Motion for Clarification of Approval of Attorney's Fees Under 42 U.S.C. § 406(b)(1)" filed November 8, 2012, "Plaintiff Counsel's Amended Unopposed Motion for Approval of Attorney's Fees Under 42 U.S.C. § 406(b)(1), and Cancellation of Plaintiff's Fees Under the Equal Access of Justice Act 28 U.S.C. Section 2412" filed November 16, 2012, and "Plaintiff Counsel's Unopposed Motion for Request of Status of Prior Motion for Approval of Attorney's Fees Under 42 U.S.C. § 406(b)(1), and Cancellation of Plaintiff's Fees Under the Equal Access to Justice Act 28 U.S.C. Section 2412" filed February 9, 2013.  These relate to the award of attorney's fees in my Order of November 7, 2012.

Plaintiff's counsel seeks to amend that Order, which awarded attorney's fees in the total amount of $18,090.50, to the extent that Plaintiff's counsel was directed to refund to Plaintiff from the total the amount of $8,138.00, the lesser of the two fees

awarded under 42 U.S.C. § 406.  Counsel asserts that such a refund is not appropriate because the fees awarded of $18,090.50 are the combined amounts under the Equal Access to Justice Act and 42 U.S.C. § 406, and only a part of the 25 percent for fees being withheld by the Social Security Administration.  She also asserts that she has petitioned the ALJ under 42 U.S.C. § 406 for an award of fees of $8,360.00 for work performed from 2007 through 2010.  Finally, Plaintiff's counsel states that her request is not opposed by the Commissioner, and I note that the Commissioner did not file a response to the motions.  I find that Plaintiff's counsel has demonstrated good cause for her request.  Accordingly, it is

ORDERED that Plaintiff Counsel's Unopposed Motion for Clarification of Approval of Attorney's Fees Under 42 U.S.C. § 406(b)(1)" (ECF No. 44), "Plaintiff Counsel's Amended Unopposed Motion for Approval of Attorney's Fees Under 42 U.S.C. § 406(b)(1), and Cancellation of Plaintiff's Fees Under the Equal Access of Justice Act 28 U.S.C. Section 2412" (ECF No. 45), and "Plaintiff Counsel's Unopposed Motion for Request of Status of Prior Motion for Approval of Attorney's Fees Under 42 U.S.C. § 406(b)(1), and Cancellation of Plaintiff's Fees Under the Equal Access to Justice Act 28 U.S.C. Section 2412" (ECF No. 46) are **GRANTED**.  In accordance therewith, it is

ORDERED that the portion of the November 7, 2012, Order that directed Plaintiff's counsel to refund to Plaintiff the amount of $8,138.00 is **RESCINDED**.  Plaintiff's counsel is entitled to the entire amount of the attorney's fees awarded in the amount of $18,090.50.

Dated: February 20, 2013

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge